UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE CARLOS GALVEZ RAMOS a/k/a DILSO DUARTE, | ) ) ) | |
| plaintiff, | ) ) | |
| v. | ) ) | No. 21-cv-5131 |
| URSCHEL LABORATORIES, INC., a foreign corporation, | ) ) ) | |
| defendant. | ) ) | |

## FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, JOSE CARLOS GALVEZ RAMOS, a/k/a DILSO DUARTE (hereinafter referred to as "RAMOS"), by and through his attorneys, Ankin Law Office LLC, and complaining of Defendant, URSCHEL LABORATORIES, INC. (hereinafter referred to as "URSCHEL"), a foreign corporation, states as follows:

## PARTIES

1.    Plaintiff is an individual who resides at 1165 Meadow Lane in Hoffman Estates, Cook County, Illinois.

2.    Defendant, URSCHEL LABORATORIES, INC., is a Delaware corporation with its principal place of business located in Chesterton, Indiana.

## JURISDICTION AND VENUE

1.    Federal diversity jurisdiction exists pursuant to 28 U.S.C. § 1332. Plaintiff resides in Illinois. Defendant is a Delaware corporation with its principal place of business in Indiana. Therefore, complete diversity of citizenship exists. The amount in controversy, exclusive

1

of interest and cots, exceeds the sum or value of $75,000.00.

## COUNT I
## STRICT LIABILITY

1. On October 27, 2019, and prior thereto, Defendant, URSCHEL, was in the business of designing, manufacturing, assembling, maintaining, distributing, providing to the public for due consideration, and/or selling a commercial food processing machine known as a Urschel Versatile Shredder, Slicer & Strip Cutter, and applicable manuals for maintenance and use of said system.

2. Prior to October 27, 2019, Defendant, URSCHEL, designed, manufactured, assembled, distributed, maintained, presented to the public for due consideration, and/or sold an Urschel Versatile Shredder, Slicer & Strip Cutter, and applicable manuals for maintenance and use of said system.

3. On or before October 27, 2019, an Urschel Versatile Shredder, Slicer & Strip Cutter, manufactured, sold, assembled, and/or designed by was sold to Nation Pizza Products, LLC and placed in their food processing facility located at 601 East Algonquin Road in Schaumburg, Cook County, Illinois.

4. On and before October 27, 2019, the plaintiff, RAMOS, resided at 1165 Meadow Lane in Hoffman Estates, Cook County, Illinois.

5. On and before October 27, 2019, Plaintiff was an employee of Nation Pizza Products, LLC and worked at their food processing facility located at 601 East Algonquin Road in Schaumburg, County of Cook, Illinois.

6. On October 27, 2019, plaintiff was directed by his employer to clean the aforementioned Urschel Versatile Shredder, Slicer & Strip Cutter.

2

7.    At said time and place, while plaintiff was cleaning the aforementioned Urschel Versatile Shredder, Slicer & Strip Cutter, the machine suddenly and without warning turned on and amputated three of plaintiff's fingers on his right hand.

8.    At all times relevant herein, Plaintiff acted with all due care for his own safety and the safety of others.

9.    On October 27, 2019, and prior thereto, and at the time that the product left the control of Defendant, URSCHEL, there existed in the Urschel Versatile Shredder, Slicer & Strip Cutter machine and in its component parts certain conditions that made it unreasonably dangerous in one or more of the following ways:

a.    Failed to supply, design, and manufacture the machine with an interlock safety switch on the lid of the machine.

b.    The overall design allowed for the machine to suddenly turn on without the lid being locked in place.

c.    Permitted the use of and implemented the use of defectively designed or manufactured parts in the machine.

d.    Failed to properly inform, warn, or advise users of how to properly use the machine.

e.    It did not meet specifications set forth by federal and state agencies.

f.    It was not properly supplied with adequate warnings, notices, and/or instructions to inform owners and operators of the dangerous characteristics of the machine.

g.    It was designed so that the machine would suddenly turn on without warning during regular cleaning and operation

h.    The Defendant failed to issue a recall after it had notice that other operators were

3

being injured in a similar manner.

i.     Failed to repair the injurious defect after Defendant had notice of other operators being injured in a similar manner.

j.     Failed to conduct adequate testing in hazard-risk and safety analysis of the machine.

k.     Approved the sale of the machine, its component parts, and the manuals and instructions when they possessed defective conditions mentioned herein.

10.    As a proximate cause of one or more of the aforesaid defective conditions and Defendant's negligence, RAMOS, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual affairs and duties and has lost and will in the future lose great gains he otherwise would have made and acquired, lost future earning capacity, and has expended and become liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed of said injuries.

WHEREFORE, the plaintiff, JUAN CARLOS GALVEZ RAMOS, a/k/a DILSO DUARTE, demands judgment against Defendant, URSCHEL LABORATORIES, in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus the costs of this action, prejudgment interest, and any other relief this court deems just.

## COUNT II
## NEGLIGENCE

1-8.    Plaintiff restates and incorporates by reference paragraphs 1 through 8 of Count I.

9.    On October 27, 2019, and prior thereto, Defendant, URSCHEL, was careless and negligent with respect to its Urschel Versatile Shredder, Slicer & Strip Cutter machine upon which

4

the plaintiff was working, in one or more of the following ways:

a.  Failed to supply, design, and manufacture the machine with an interlock safety switch on the lid of the machine.

b.  The overall design allowed for the machine to suddenly turn on without the lid being locked in place.

c.  Permitted the use of and implemented the use of defectively designed or manufactured parts in the machine.

d.  Failed to properly inform, warn, or advise users of how to properly use the machine.

e.  It did not meet specifications set forth by federal and state agencies.

f.  It was not properly supplied with adequate warnings, notices, and/or instructions to inform owners and operators of the dangerous characteristics of the machine.

g.  It was designed so that the machine would suddenly turn on without warning during regular cleaning and operation

h.  The Defendant failed to issue a recall after it had notice that other operators were being injured in a similar manner.

i.  Failed to repair the injurious defect after Defendant had notice of other operators being injured in a similar manner.

j.  Failed to conduct adequate testing in hazard-risk and safety analysis of the machine.

k.  Approved the sale of the machine, its component parts, and the manuals and instructions when they possessed defective conditions mentioned herein.

10.  As a proximate cause of one or more of the aforesaid defective conditions and Defendant's negligence, RAMOS, the Plaintiff then and there sustained severe and permanent injuries,

both externally and internally, and was and will be hindered and prevented from attending to his usual affairs and duties and has lost and will in the future lose great gains he otherwise would have made and acquired, lost future earning capacity, and has expended and become liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed of said injuries.

WHEREFORE, the plaintiff, JUAN CARLOS GALVEZ RAMOS, a/k/a DILSO DUARTE, demands judgment against Defendant, URSCHEL LABORATORIES, in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus the costs of this action, prejudgment interest, and any other relief this court deems just.

## COUNT III
## BREACH OF WARRANTY

1.     At all times material to this action, all acts of the Defendant, URSCHEL, herein were done by its agents, servants, or employees acting within the course and scope of their respective agencies, services, and employments.

2.     At all times material to this action, Defendant, URSCHEL, was a corporation licensed to conduct business in the State of Illinois.

3.     On and before October 27, 2019, the plaintiff, RAMOS, resided at 1165 Meadow Lane in Hoffman Estates, Cook County, Illinois.

4.     On and before October 27, 2019, Plaintiff was an employee of Nation Pizza Products, LLC and worked at their food processing facility located at 601 East Algonquin Road in Schaumburg, County of Cook, Illinois.

5.     On or about OCTOBER 27, 2019, Plaintiff, RAMOS, was correctly and properly cleaning

and operating an Urschel Versatile Shredder, Slicer & Strip Cutter machine at Nation Pizza Products LLC when the machine suddenly and without warning turned on and plaintiff was severely and permanently injured.

6.  Defendant is a designer, distributer, maintainer, provider, manufacturer, and/or seller of Urschel Versatile Shredder, Slicer & Strip Cutter machines in the ordinary course of its business and, furthermore, expected the product to reach the users, consumers, and those in Plaintiff's position without substantial change or modification and said product did in fact reach the Plaintiff without substantial change or modification.

7.  Said Urschel Versatile Shredder, Slicer & Strip Cutter machine was not of merchantable quality nor fit for the particular purpose for which such a machine was manufactured, designed, assembled, tested, sold, or supplied.   Defendant, moreover, made express and/or implied warranties of fitness and merchantability with respect to said game, which warranties Defendant breached.

8.  As a proximate result of one or more of the aforesaid breaches of said warranties, Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual affairs and duties and has lost and will in the future lose great gains he otherwise would have made and acquired, lost future earning capacity, and has expended and become liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed of said injuries.

WHEREFORE, the plaintiff, JUAN CARLOS GALVEZ RAMOS, a/k/a DILSO DUARTE, demands judgment against Defendant, URSCHEL LABORATORIES, in a sum in

excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus the costs of this action,

prejudgment interest, and any other relief this court deems just.

ANKIN LAW OFFICE LLC


*/s/Matthew C. Friedman*
Attorney for Plaintiff

Illinois ARDC #6216097
Ankin Law Office LLC
10 North Dearborn Street, Suite 500
Chicago, IL 60602
312-600-0000
mfriedman@ankinlaw.com

8